# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO.: 3:22-mj-05142 |
| vs. | : | MAGISTRATE CLAY |
| ANTHONY THEODOROU, | : | |
| Defendant. | : | |

## APPEARANCE OF COUNSEL

Defendant, through undersigned counsel, hereby requests Stephen E. Palmer and Yavitch & Palmer Co., L.P.A. be entered as counsel of record in the above-captioned case.

Respectfully submitted,

/s/ Stephen E. Palmer
_____
Stephen E. Palmer (0065265)
**Yavitch & Palmer Co., L.P.A.**
511 South High Street
Columbus, Ohio 43215
614.224.6142 P
614.228.6078 F
spalmer@ohiolegaldefense.com

Attorney for Defendant