# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-CR-274 |
| Plaintiff, | JUDGE KNEPP |
| -vs- | **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINTMENT OF APPELLATE COUNSEL** |
| **AMANDA HOVANEC,** | David Klucas (0041188)<br>1900 Monroe Street<br>Toledo, Ohio 43604<br>PH: (419) 255-1102<br>FX: (419) 255-1415<br>Email: Davek@buckeye-access.com |
| Defendant. | |
| | Kenneth Bailey (0090042)<br>Bailey Legal Group, LLC<br>220 West Market Street<br>Sandusky, Ohio 44870<br>PH: (419) 625-6740<br>FX: (419) 625-2021<br>Email: ken@bailey.pro<br>Attorneys for Defendant Amanda Hovanec |

Now come Attorneys Kenneth Bailey and David Klucas, who respectfully requests an Order from this Court permitting them to withdraw as counsel of record for Amanda Hovanec and appointing counsel for her appeal. As grounds for this motion, Attorneys Bailey and Klucas say:

1. They began representing Amanda in May of 2022. Their representation of her spans almost two and a half years. Both Attorneys Bailey and Klucas believe Ms. Hovanec would benefit from a fresh set of eyes.

2. Ms. Hovanec attends to appeal her sentence. The sentencing hearing was a little over six hours and was analogous enough to a trial proceeding that new counsel should be examining the record for potential errors.

3. Until appellate counsel is appointed, Attorneys Bailey and Klucas will take all steps necessary to protect her right to appeal, including filing a timely notice of appeal on 14 October 2024, if a notice was not already filed by new counsel.

4. Attorney Klucas spoke with Ms. Hovanec on 6 October 2024 and informed her that both of her attorneys intended to withdraw and why. Ms. Hovanec understood the reasons Attorneys Bailey and Klucas were requesting to withdraw and agreed that it was in her best interest to obtain new counsel to pursue her appeal.

5. Although Attorneys Bailey and Klucas were retained, the money came from Ms. Hovanec's family members. Ms. Hovanec is indigent and requests the Court to appoint her counsel for her appeal. A CJA23 Financial Affidavit is attached.

                                            Respectfully Submitted,

                                            /s/ Kenneth Bailey
                                            Kenneth Bailey

                                            /s/ David Klucas
                                            David Klucas
                                            Attorneys for Defendant Amanda Hovanec

**Certification**

      This shall certify that a copy of the forgoing was sent this 10th day of October, 2024 to all counsel of record via the Court's Electronic Notification and Filing System.

                                       /s/ David Klucas  
                                       David Klucas

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☒ COURT OF APPEALS ☐ OTHER *(Specify below)*
IN THE CASE OF

| | |
|---|---|
| U.S.A. v. Amanda Hovanec | FOR Northern District of Ohio |
| | AT Toledo, Ohio |

**LOCATION NUMBER**

PERSON REPRESENTED *(Show your full name)*
Amanda Hovanec

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge

District Court
3:22CR274

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)* ☒ Felony ☐ Misdemeanor
Conspiracy to Import a Controlled Substance Resulting in Death or Serious Bodily Harm

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED            SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE            DESCRIPTION
IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| N/A | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |
| | $ 0 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT /s/ Amanda Hovanec
*(OR PERSON REPRESENTED)*

Date 10-6-24