## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22-cr-274 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGE JAMES R. KNEPP, II. |
| ANITA GREEN, | ) ) ) | **NOTICE OF APPEAL** |
| Defendant. | ) ) ) | |

Now comes Defendant, Anita Green, by and through undersigned counsel, Friedman Nemecek Long & Grant, L.L.C., and hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Restitution Order and Amended Judgment entered into this action on December 27, 2024.

Respectfully submitted,

/s/ Lucas D. Trott
Lucas D. Trott (0101319)
Counsel for Defendant Green
FRIEDMAN NEMECEK LONG & GRANT, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: ldt@fanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed by CM/ECF on the 10th day of January, 2025, which will send a notification of such filing electronically to all parties in this case.

Respectfully submitted,

/s/ Lucas D. Trott
LUCAS D. TROTT
Counsel for Defendant Green